11 So.2d 878

**C. S. RICKARD v. Mattie LYLES.**

8 Div. 197.

Supreme Court of Alabama.

Jan. 19, 1943.

F. S. Parnell, of Florence, for appellant.
W. A. Barnett, of Florence, for appellee.

PER CURIAM.

Reversed and remanded on confession of error by appellee.

14 So.2d 911

**William SIMONSON v. STATE.**

6 Div. 140.

Supreme Court of Alabama.

May 28, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.

13 So.2d 895

**Ex parte Joseph Otto SMITH.**

6 Div. 126.

Supreme Court of Alabama.

April 12, 1943.

Roger F. Rice, of Birmingham, for petitioner.

PER CURIAM.

Respondent having acted pursuant to rule nisi and the matter being now moot, the petition is dismissed.

12 So.2d 868

**J. T. TRIMBLE v. Nora Martin TERRY.**

6 Div. 969.

Supreme Court of Alabama.

Nov. 27, 1942.

W. Marvin Scott and Mitchell & Mitchell, all of Cullman, for appellant.

St. John & St. John, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

14 So.2d 911

**Ex parte Herman O. TROUP.**

8 Div. 257.

Supreme Court of Alabama.

Aug. 30, 1943.

Melvin Hutson and S. A. Lynne, both of Decatur, for petitioner.

PER CURIAM.

Rule nisi denied.

THOMAS, BOULDIN, and BROWN, JJ., concur.